RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
 *aisaacs@rufuslaw.com*
9420 Wilshire Blvd., 2nd Floor
Beverly Hills, California 90212
Telephone: (310) 770-1307

RODNEY A. SMOLLA
 *rodsmolla@gmail.com*
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
Pro Hac Vice Application Pending

Attorneys for plaintiff NONA GAPRINDASHVILI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>　　　　Defendants. | CASE No.<br><br>**NOTICE OF INTERESTED PARTIES** |

　　The undersigned, counsel of record for plaintiff Nona Gaprindashvili, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　Not Applicable

8658.3.2

NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| DATED: September 16, 2021 | RUFUS-ISAACS ACLAND & GRANTHAM LLP |
| | By: *[signature: Alexander Rufus-Isaacs]* |
| | Alexander Rufus-Isaacs |
| | Attorneys for plaintiff Nona Gaprindashvili |

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 • Fax (310) 860-2430

8658.3.2

2
NOTICE OF INTERESTED PARTIES