1  RUFUS-ISAACS ACLAND & GRANTHAM LLP
   ALEXANDER RUFUS-ISAACS, State Bar No. 135747
2    *aisaacs@rufuslaw.com*
   9420 Wilshire Blvd., 2nd Floor
3  Beverly Hills, California 90212
   Telephone: (310) 770-1307
4
   RODNEY A. SMOLLA
5    *rodsmolla@gmail.com*
   4601 Concord Pike
6  Wilmington, Delaware 19803
   Telephone: (864) 373-3882
7  Pro Hac Vice Application Pending

8  Attorneys for plaintiff Nona
   Gaprindashvili
9

10              **UNITED STATES DISTRICT COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13 | NONA GAPRINDASHVILI, an individual,
14 |                    Plaintiff,
15 |         v.
16 | NETFLIX, INC., a Delaware corporation, and DOES 1-50,
17 |
18 |                    Defendants.

   CASE No.

   **FIRST AMENDED COMPLAINT FOR:**

   **(1) FALSE LIGHT INVASION OF PRIVACY; AND**

   **(2) DEFAMATION PER SE**

19

20      Plaintiff Nona Gaprindashvili ("Gaprindashvili") complains of defendants

21 Netflix, Inc. ("Netflix"), and Does 1 through 50, and alleges as follows:

22                   **INTRODUCTION**

23      1.     This is an action for false light invasion of privacy and defamation per

24 se arising from a knowingly false statement of fact made about Gaprindashvili in the

25 popular Netflix miniseries, *The Queen's Gambit* ("Series").

26      2.     Gaprindashvili is a pioneer of women's chess and a much-loved icon in

27 her native country of Georgia. Throughout her extraordinary career, she won many

28 championships, beat some of the best male chess players in the world, and was the

8658.3.1B

FIRST AMENDED COMPLAINT FOR (1) FALSE LIGHT INVASION OF PRIVACY: AND (2) DEFAMATION

*(left margin, vertical text)* RUFUS-ISAACS ACLAND & GRANTHAM LLP 9420 WILSHIRE BLVD., 2ND FLOOR BEVERLY HILLS, CALIFORNIA 90212 Tel (310) 770-1307 — Fax (310) 860-2430

1  first woman in history to achieve the status of international chess grandmaster

2  among men.

3      3.      In 1983, author Walter Tevis wrote a novel entitled *The Queen's*

4  *Gambit* ("Novel") which tells the story of a fictional American woman named

5  Elizabeth Harmon, also known as Beth, mostly set in the 1960's. Harmon is an

6  orphan who rises from humble beginnings to become a great chess player despite

7  prejudice against female players. The Novel's final chapter is set at a prestigious

8  chess tournament in Moscow called the Moscow Invitational where she dramatically

9  defeats several top male players, including a Russian who was the world champion.

10  The main characters are fictional, but the Novel references a few real chess players,

11  including Gaprindashvili, who is described in the context of the Moscow

12  Invitational as having "met all these Russian Grandmasters many times before."

13      4.      Although Gaprindashvili is mentioned in the Novel only in passing,

14  Harmon's character plainly draws on her achievements. Harmon is in many respects

15  an Americanized and fictionalized version of the real-life female Georgian prodigy

16  who was the first to break gender barriers in international chess in the 1960's by

17  competing with and defeating top male players.

18      5.      The Series was based on the Novel and for the most part follows it

19  closely. However, in the final episode, just after Harmon beats a fictional Russian

20  Grandmaster called Viktor Laev at the Moscow Invitational, a commentator

21  observes that the male players in the tournament believed that:

22      "Harmon's level of play wasn't at theirs. Someone like Laev probably didn't
       spend a lot of time preparing for their match. Elizabeth Harmon's not at all an
23     important player by their standards. The only unusual thing about her, really, is
       her sex. And even that's not unique in Russia. **There's Nona Gaprindashvili,**
24     **but she's the female world champion and has never faced men.** My guess is
       Laev was expecting an easy win, and not at all the 27-move thrashing Beth
25     Harmon just gave him." (Emphasis added).[1]

26  _____

27  [1] The scene can be viewed at https://www.youtube.com/watch?v=gUB6P59CUko

28

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

6.      As Gaprindashvili's name is mentioned in this scene, the camera pans onto an actor sitting in the audience, watching the game, who is obviously meant to be Gaprindashvili.

7.      The allegation that Gaprindashvili "has never faced men" is manifestly false, as well as being grossly sexist and belittling. By 1968, the year in which this episode is set, she had competed against at least 59 male chess players (28 of them simultaneously in one game), including at least ten Grandmasters of that time, including Dragoljub Velimirovich, Svetozar Gligoric, Paul Keres, Bojan Kurajica, Boris Spassky and Mikhail Tal. The last three were also world champions during their careers.

8.      These facts were well known to Netflix, both from the Novel which stated that she had "met all these Russian Grandmasters many times before," and because it had hired two of the world's leading chess authorities as consultants for the Series: the legendary Garry Kasparov, a Russian former world champion, and American national master Bruce Pandolfini, considered to be America's most experienced chess teacher and a consultant to Tevis when he wrote the Novel.

9.      Netflix brazenly and deliberately lied about Gaprindashvili's achievements for the cheap and cynical purpose of "heightening the drama" by making it appear that its fictional hero had managed to do what no other woman, including Gaprindashvili, had done. Thus, in a story that was supposed to inspire women by showing a young woman competing with men at the highest levels of world chess, Netflix humiliated the one real woman trail blazer who had actually faced and defeated men on the world stage in the same era.

10.     Piling on additional insult to injury, Netflix described Gaprindashvili as Russian, despite knowing that she was Georgian, and that Georgians had suffered under Russian domination when part of the Soviet Union, and had been bullied and invaded by Russia thereafter.

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 · Fax (310) 860-2430

11.     Netflix had no need to use Gaprindashvili's name and to disparage her achievements for dramatic purposes. It could have used a fictional character instead; or it could have referred to her by name, but not told the lie that she had never competed against men. Instead, Netflix deliberately eschewed these non-defamatory alternatives because it believed that the lie made for a more dramatic story.

12.     After the Series was broadcast, Gaprindashvili confronted Netflix over its lie and demanded a public statement acknowledging the falsity of the statement, an apology, and a retraction.  Netflix could have responded in any number of inexpensive and morally honorable ways of making redress, but instead it responded with extraordinary hubris, dismissing Gaprindashvili's assertion of defamation by claiming that the false statement was "innocuous."  This arrogant refusal to take responsibility for its actions was shockingly tone-deaf, given the sexism and offensiveness of its lie.

13.     This lawsuit is simple in its factual and legal predicates. Netflix lied about Gaprindashvili in a profound and obvious manner, impugning her professional standing by falsely stating she had not competed against men, and thereby insinuating that she lacked the skills to successfully compete against men. This was a devastating falsehood, undermining and degrading her accomplishments before an audience of many millions. Netflix broadcast this statement with knowledge of falsity and reckless disregard for the truth. Gaprindashvili brings this suit to vindicate herself and seek redress for the damage to her good name and human dignity, and to serve as an example to wronged women by reminding them that they have the right to fight back against such cynical misconduct.

## JURISDICTION AND VENUE

14.     Plaintiff Nona Gaprindashvili is a citizen and resident of the Republic of Georgia.  Defendant Netflix, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Santa Clara County, California. This Court has diversity of citizenship subject matter

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA  90212
Tel  (310) 770-1307  –  Fax (310) 860-2430

1   jurisdiction under 28 U.S.C. § 1332. There is complete diversity among the parties,

2   and the amount in controversy exceeds $75,000.

3       15.    Venue is proper in this District pursuant to 28 U.S.C. § 1332 (b)(3) and

4   (c)(3), because Netflix is subject to the court's personal jurisdiction with respect to

5   this action because its principal place of business is located in California. It also has

6   offices in this District at 5808 Sunset Boulevard, Los Angeles, California 90028.

7   **PARTIES**

8       16.    Gaprindashvili was born in Georgia in 1941. She began playing

9   professionally at the age of 13, and when she was 14, she won the semi-final of the

10   Women's Soviet Union Championship. In 1961, aged 20, she became female World

11   Champion. She did not relinquish her crown until 1978 when she was defeated by

12   another Georgian, 17-year-old Maia Chiburdanidze, who had grown up inspired by

13   Gaprindashvili as a role model.

14       17.    Gaprindashvili participated in and received 25 medals in Chess

15   Olympiads, including 1963, 1966, 1969, 1972, 1974, 1978, 1980, 1982, 1984, 1986,

16   1990 and 1992. She won a total of eleven team gold medals and nine individual gold

17   medals. At the 1986 Olympiad in Dubai, she won all ten games she played.

18       18.    Beginning in 1962-63, Gaprindashvili competed against and frequently

19   defeated male chess players.  In 1965, she played 28 male players at once,



RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 – Fax (310) 860-2430

8658.3.1B

5

19.    Gaprindashvili encountered severe prejudice when she started to compete against men. As she said in a recent interview, "At first they all wanted to play with me to the end, they didn't agree to draws, the games were postponed according to the then regulations, they had to finish the game the next morning. Even a draw against a woman infringed on the pride of rivals, so they fought with me to the last. I myself have always played all the games to the end, even if the first place in the tournament is already guaranteed. Over time, of course, they began to treat me differently, they accepted me, one might say, into their company." See World Today News, November 20, 2020, https://www.world-today-news.com/the-series-queens-move-lied-about-the-soviet-champion-she-supposedly-didnt-play-with-men/.

20.    In 1976, Gaprindashvili wrote a book in which she spoke about her devotion to chess and her inability to imagine life without a chessboard. In a chapter called "Fighting Discrimination," she explained how difficult it was to overcome a generally accepted perception that women chess players are weaker than men, and passionately argues that women are equally talented in chess: "Women chess players do not need any privileges or exemptions…   The term 'Women's chess' has expired. I am proud that I have my share in promoting the creative emancipation of women in chess. I had my share in helping women to overcome psychological barriers separating them from 'man's chess.'"

21.    Gaprindashvili's notable successes against men began with her successful entry into the Challengers Section of the Hastings International Chess Congress in England in 1963, which she won, defeating several male players.

22.    Gaprindashvili was the only female participant in a chess tournament in Reykjavik in 1964. The male chess players at this tournament included the youngest world champion in history at that time (Grandmaster Mikhail Tal), a twelve-time champion of Yugoslavia (Grandmaster Svetozar Gligoric), and a six-time Iceland

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307  –  Fax (310) 860-2430

1  champion (Fridrik Ólafsson). Gaprindashvili competed against 13 male chess

2  players, including the Grandmasters mentioned above, and won three games.

3      23.    Gaprindashvili returned to Hastings for the 1964-65 tournament, this

4  time in the top-tier Premier Section, and won notable chess victories over highly

5  ranked male players such Victor Mardle, Norman Littlewood, Peter Lee, Owen

6  Hindle. In a particularly famous chess match at this tournament, Gaprindashvili

7  battled Grandmaster Paul Keres to a draw.

8      24.    In 1968, Gaprindashvili successfully competed in a tournament against

9  9 men, including Grandmaster Evfim Geller of the Soviet Union. The New York

10  Times reported: "Nona Gaprindashvili of the Soviet Union, the women's world

11  chess champion, was the only woman in the recent strong International Tournament

12  at Goteborg, Sweden. She finished third in the ten-player round robin." And it

13  praised about her "never-say-die spirit." New York Times, April 15, 1968

14  https://timesmachine.nytimes.com/timesmachine/1968/04/15/91225493.html?pageN

15  umber=40

16      25.    Gaprindashvili successfully competed in other tournaments against

17  men, including a tie for second place at Sandomierz in 1976, a tie for first place at

18  Lone Pine in 1977, and a tie for second place at Dortmund in 1978. She was the

19  only woman invited to the Lone Pine Tournament, and defeated John Peters, James

20  Tarjan, Leonid Shamkovich, Eugene Martinovsky, Oscar Panno, Peter Biyiasas,

21  Burkhard Malich, Thomas Casper, William James Lombardy, and Grandmaster

22  Anatoly Lein. The New York Times reported: "Nona Gaprindashvili of the Soviet

23  Union, the world women's champion, achieved the greatest triumph ever by a

24  woman in tying for first place in the Louis D. Statham International Tournament in

25  Lone Pine, Calif., with Grandmaster Yuri Balashov, also of the Soviet Union.

26  Grandmaster Oscar Panno of Argentina and International Master Sahovic of

27  Yugoslavia." New York Times, "Chess," June 29, 1977

28

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307  – Fax (310) 860-2430

1  https://www.nytimes.com/1977/06/29/archives/chess-miss-gaprindashvili-strikes-a-
2  blow-for-womens-equality.html.

3      26.     Other famous male players against whom she competed constitute a
4  "who's who" of highly ranked players and Grandmasters, including Dragoljub
5  Velimirovich, Svetozar Gligoric, Rudolf Servaty, Bojan Kurajica, Boris Spassky,
6  Viswanathan Anand and Mikhail Tal.  Tal, Anand and Spassky were world
7  champions. Although she never beat these three, she did draw with Anand. Tal, in
8  his autobiography, tells a story of their game in Reykjavik in 1964. Not wishing to
9  win on time in his winning endgame, Tal would occasionally not press his clock
10  after moving. Gaprindashvili caught onto him and confirmed her sporting nature by
11  telling him she would resign immediately if he continued to go easy on her.

12      27.     Gaprindashvili was known for her aggressive style. A famous match
13  against Velimirovich at a tournament in Yugoslavia progressed until there were
14  virtually no pieces left on the board, when the two players agreed to a draw.  The
15  match was later declared to be the best chess game of the year by the Soviet Chess
16  Federation, which was the first time that this accolade had been bestowed on a draw.

17      28.     Following her stunning success at Lone Pine, Gaprindashvili became
18  the first woman in history to be awarded the honor and rank of International Chess
19  Grandmaster among men.

20      29.     Gaprindashvili is a national hero in Georgia. In addition to being a
21  chess champion, she participated in politics, holding positions within the Georgian
22  Parliament and participating in protests against corruption within Georgia and
23  against Russian aggression and subjugation. In 2015, the President of Georgia,
24  Giorgi Margvelashvili, awarded Gaprindashvili the Georgia Order of Excellence.
25  The Tbilisi Chess Palace is dedicated to her.

26      30.     Gaprindashvili was the subject of the film, *Glory to the Queen*, which
27  honored the female chess-greats of Georgia. Unlike the Netflix Series, which
28  gratuitously insulted Gaprindashvili, *Glory to the Queen* properly honored her as a

woman who helped revolutionize female chess by taking on male competitors across the globe—and who in the process became a Georgian icon of female emancipation. Her example inspired later generations of Georgian women chess champions such as Maya Chiburdanidze and Ketevan Arakhamia, who both also became Grandmasters.

31.     Now aged 80, Gaprindashvili still competes in senior chess tournaments and in 2014, 2015 and 2019, she was world champion among seniors agreed over 65. Also in 2019, she was awarded the European Chess Union's prestigious prize of Golden Pawn for Lifetime achievement at the same time that Garry Kasparov was awarded the title chess legend. She continues to be a role model and exemplar of what a woman can achieve in a male-dominated arena.

32.     Netflix is a dominant world media giant with its headquarters in Los Gatos, California. Its programming is available world-wide, with over 209 million subscribers. In 2020, it reported total revenue of over 24.9 billion dollars. It has a major production office located at Sunset Bronson Studios, 5808 Sunset Boulevard, Los Angeles, California 90028.

33.     Plaintiff is unaware of the true names and capacities of defendants named herein as Does 1 through 50, inclusive, but is informed and believes, and thereon alleges, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein.  Plaintiff therefore sues these defendants by such fictitious names and will amend this complaint to state their true names and capacities when such names have been discovered.

### THE *QUEEN'S GAMBIT* MINISERIES

34.     All seven episodes of the Series were released simultaneously on October 23, 2020. The scene which forms the predicate for this lawsuit is in the final episode, "End Game." By October 28, 2020, the Series reached the number one rating spot on Netflix. On November 23, 2020, Netflix announced that the Series had been watched by 62 million households since its release.  The Series topped

RUFUS-ISAACS ACLAND & GRANTHAM LLP

9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

1  United States television Nielsen's streaming rankings for the weeks of October 26 to

2  November 1, November 2 to 8, and November 9 to 15, 2020, making it the first

3  series in history to top those Nielsen ratings for three straight weeks.

4      35.    The Series gained substantial artistic recognition, including winning

5  two Golden Globe Awards, for Best Limited Series or Television Film, and for Best

6  Actress in a Miniseries or Television Film (for Anya Taylor-Joy who played

7  Harmon). It won 11 awards at the 73rd Annual Primetime Emmy Awards.

8      36.    The Series is about a female chess prodigy, and in numerous respects

9  parallels the real-world life of Gaprindashvili, particularly when Harmon competes

10 against male chess players. It is set in the years 1958-1968. These years parallel

11 Gaprindashvili's own meteoric rise in the world of chess, including her impressive

12 victories against men at Hastings in 1963 and 1964-65, and her spectacular display

13 in 1965 where she played simultaneously against 28 male players.

14      37.    The Series opens with a description of how Harmon is orphaned when

15 her mother dies in a car accident. She is taken to live in an orphanage where the

16 janitor teaches her chess. After she is adopted, she begins playing chess

17 competitively aged 12.  From the beginning, she is constantly confronted with the

18 reality that chess is a man's world.  As she tries to register for her first tournament,

19 she is asked, "are you sure you want to do this?" and told that "we don't have a

20 women's section." Like Gaprindashvili, Harmon surprises her male competitors. In

21 her first major tournament in Cincinnati, Ohio, she finds herself competing against

22 and holding her own against a slate of male players. She wins the tournament, and

23 collects her first significant prize money.

24      38.    Harmon emerges as a chess prodigy and a model for women, becoming

25 a national cultural celebrity during a time in American history when the rights of

26 women were beginning to be asserted across the country. For example, in Episode

27 Three, there is a scene in which Harmon is interviewed by a reporter from *Life*

28 Magazine. The reporter, also a woman, asks Harmon, "Tell the readers of *Life* how

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA  90212
Tel (310) 770-1307  ·  Fax (310) 860-2430

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 • Fax (310) 860-2430

1   it feels to be a girl among all those men?" and concludes the interview with the

2   remark that Harmon should take up the game of "bridge."  The remark underscores

3   how Harmon's battle with systemic sexism is a major leitmotif of the Series, as the

4   remark is manifestly intended by the reporter to convey the prevailing view of the

5   era that there was no place for women at the highest echelons of chess.

6        39.    The Series depicts Harmon's struggles with drug and alcohol abuse,

7   and her see-saw struggle between confidence and insecurity.  Throughout the Series,

8   she is confronted with sexism, to which she typically responds with pluck and

9   resolve. For example, in Episode 6, she is in Paris when a male interviewer asks her,

10  "What do you say to those in the Chess Federation who accuse you of being too

11  glamorous to be a serious chess player?" She quickly retorts, "I would say that it's

12  much easier to play chess without the burden of an Adam's Apple."

13       40.    The dramatic final episode begins with Harmon still struggling with

14  depression, alcohol, and drug abuse. While she is the fictional 1967 American

15  United States Champion, she is still reeling from a defeat in the prior episode by

16  fictional Russian Grandmaster, Vasily Borgov, the reigning World Champion.

17       41.    Harmon is able to overcome her depression and addiction.  She gets

18  herself together to prepare to enter the "Moscow Invitational" tournament in Russia.

19  Her first-round match pits her against another fictional character, an older male

20  chess player named Viktor Laev whom Harmon had long admired.

21       42.    After the match between Harmon and Laev unfolds, the announcer for

22  the tournament, in a voice-over "play-by-play" (or "move-by-move") commentary,

23  comments on Harmon's gender, observing that the male players in the tournament

24  did not take Harmon seriously as an opponent. Here is the exact language he used:

25      [The male players believe] Harmon's level of play wasn't at theirs. Someone
    like Laev probably didn't spend a lot of time preparing for their match.
26  Elizabeth Harmon's not at all an important player by their standards. The only
    unusual thing about her, really, is her sex. And even that's not unique in Russia.
27  **There's Nona Gaprindashvili, but she's the female world champion and
    has never faced men**. My guess is Laev was expecting an easy win, and not at
28  all the 27-move thrashing Beth Harmon just gave him.

43.   As Gaprindashvili's name is mentioned, an actor is shown sitting in the audience, watching the game, who is obviously meant to be Gaprindashvili.



44.   The Series ends with a "Hollywood ending." After her first-round win against Laev, Harmon goes on to defeat a series of fictional male Russian chess masters, culminating in a final dramatic victory over her nemesis, Borgov, whom she defeats in the final match, playing the "Queen's Gambit" chess opening, and winning the Moscow Invitational.

## FALSITY

45.   Netflix sought to create a drama in which not only did a woman triumph over men in an arena traditionally dominated by men, but also in which an American woman triumphed over Soviet men at the height of the cold war. To serve its dramatic purposes, Netflix gratuitously proclaimed to the world the egregious falsehood that Gaprindashvili never competed against men, and was not capable of the level of play of the fictional Beth Harmon. Because the truth would have undercut this narrative, Netflix cynically and deliberately chose to ignore it. This deliberate falsehood was highly offensive and defamatory, on multiple levels.

46.   Adding insult to defamatory injury, Netflix falsely portrayed the real Gaprindashvili as Russian, despite knowing that she came from Georgia, which still today struggles to resist aggression, subjugation, and war at the hands of Russia.

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

47.     The false defamatory meaning of the statement is apparent on the face of the broadcast.  Yet perhaps the best evidence of how average viewers would have understood the lie is a demonstration of how it reverberated among actual viewers, with commentary on social media and by major news organizations.

48.     News organizations reported on and called out Netflix for its false statement concerning Gaprindashvili, such as the article entitled "The series 'Queen's Move' lied about the Soviet champion. She supposedly didn't play with men," World Today News, November 20, 2020, https://www.world-today-news.com/the-series-queens-move-lied-about-the-soviet-champion-she-supposedly-didnt-play-with-men/ which described the key scene in the Series as follows:

A brunette looks at the young champion from the podium with a sad look. "This is Nona Gaprindashvili, the world champion among women, who has never played against men," the tournament commentator says. In fact, this is a lie. Nona Gaprindashvili passed all the steps to the pedestal that were submitted to the fictional Elizabeth Harmon in the series.

49.     Similarly, an article in The Calvert Journal underscored the offensiveness of the lie by noting the parallels between the fictional Harmon and the real Gaprindashvili, observing that a "similar story happens to Elizabeth Harmon on the show when she faces the US champion. So, the amount of overlap between the Series and Nona Gaprindashvili's career hints that her path has had a great influence on the writers of the script and the original book." Fatima Hudoon, "The real-life Queen's Gambit: how Georgia's Nona Gaprindashvili conquered the chess world," The Calvert Journal, November 27, 2020 https://www.calvertjournal.com/features/show/12351/real-life-queens-gambit-nona-gaprindashvili-georgian-women-chess-beth-harmon-netflix

50.     The following paragraphs contain social media posts which strongly complain and protest about the false statement about Gaprindashvili.

51.     Anthony Shaw, Twitter, @anthonypjshaw (Nov. 29, 2020), https://twitter.com/anthonypjshaw/status/1333249169796939781?s=20

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 • Fax (310) 860-2430



**Anthony Shaw** 🌀
@anthonypjshaw
⋯

In the Queens Gambit, Nona Gaprindashvili (a real person) is introduced as "a female world champion, who has never faced men", which is total rubbish. "it's dishonouring to have misinformation spread about someone's achievements."

**Don't miss what's happening**
People on Twitter are the first to know.

While the Netflix story is fictional, Gaprindashvili is a real chess player who became the Women's World Chess Champion five times
🔗 calvertjournal.com

52.   Steve Coyle, Twitter, @SEHCoyle (Nov. 20, 2020),

https://twitter.com/SEHCoyle/status/1329835286927380481?s=20



**Steve Coyle** @SEHCoyle · Nov 20, 2020
⋯

Chess realism part that bothered me was the erasure of actual women's histories in chess while lots of anecdotes about men players to make Harmon more extraordinary. Nona Gaprindashvili is misrepresented as never competing against men. She tied for first in mixed Hasting's '63.

53.   Larmes de Saint-Laurent, Twitter, @Fiel_Laurentien (Nov. 28, 2020),

https://twitter.com/Fiel_Laurentien/status/1332886143428341761?s=20



**Larmes de Saint-Laurent** @Fiel_Laurentien · Nov 28, 2020
⋯

I went to chess dot com fora after watching The Queen Gambit and it's ironic how the single chess-related inaccuracy in the serie is about Nona Gaprindashvili an actual woman grandmaster who played against men only depicted as a mere woman player. Way to go for a feminist story.

FIRST AMENDED COMPLAINT FOR (1) FALSE LIGHT INVASION OF PRIVACY: AND (2) DEFAMATION

54.    Medi, Twitter, @Medi050505 (Nov. 26, 2020),

https://twitter.com/medi050505/status/1331912451953221632?s=20



**Medi** @medi050505 · Nov 26, 2020

It doesn't seem correct, does it? I mean I loved the film and it was very entertaining. But it also bothers me that this bit seems factually off and also quite a strong statement to make portraying that Georgian world champion in chess has never played men 🙅‍♀️ when she did.

55.    Olimpiu G. Urcan @olimpiucan October 23, 2020



56.    Pumbaa, Twitter, @WarthogPumbaa (Nov. 29, 2020), Pumba, Twitter, @WarthogPumbaa (Nov. 29, 2020),

https://twitter.com/WarthogPumbaa/status/1332980139999813633?s=20

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 • Fax (310) 860-2430

Dear @netflix,
I've heard about your new TV series The Queen's Gambit and I want to address on some misleading information in your show. Firstly, I'd be grateful if you could tell me why are you lying about Mrs. Nona Gaprindashvili's career. To be more specific...

💬 2          🔁 5          ♡ 8          ⬆️

**Pumbaa** @WarthogPumbaa · Nov 29, 2020          •••
...in the last episode of the series you mentioned that she had never played against male opponents, which is absolute nonsense. In 1962, right after she became the champion she was invited to the traditional international tournament where she was the only female player....

← **Thread**

**Pumbaa** @WarthogPumbaa · Nov 29, 2020
Mrs. Nona is the first woman grandmaster among men. She has a lot of individual prizes, including women's world chess championship titles (5x). She won as many as 25 medals, among which 11 team gold medals and 9 individual gold medals.

💬 1          🔁          ♡ 3          ⬆️

**Pumbaa** @WarthogPumbaa · Nov 29, 2020          •••
As you can imagine, it's pretty unprofessional behavior of you to lie about her in front of 7 billion people, considering the fact that Georgia is very small and unknown country. You make her career not as impactful as it actually was.

💬 1          🔁          ♡ 4          ⬆️

**Pumbaa** @WarthogPumbaa · Nov 29, 2020          •••
We, as proud Georgians, demand a public apology letter to her and her tremendous legacy.

Yours faithfully, Timon and Pumbaa from Tbilisi, Georgia, 2020.

57.    Reddit, January 17, 2021, "Why did The Queen's Gambit lie about Nona Gaprindashvili?

https://www.reddit.com/r/chess/comments/kzg0e0/why_did_the_queens_gambit_lie_about_nona/

I hope this is the right place to ask this question. In the final episode of The Queen's Gambit, no spoilers, the commentator says that Nona Gaprindashvili never played against men. This just is not true and is an odd lie to make. Does anybody know why this lie was said? Nona herself has come out and said, 'It is downright offensive to hear I never played men.'

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

58.     The Calvert Journal, Facebook, December 19, 2020



## **ACTUAL MALICE**

59.     The false statements placing Gaprindashvili in a false light in the public eye and defaming her were made by Netflix with actual malice, defined as knowledge of falsity or reckless disregard for truth or falsity.

60.     Because media defendants never openly confess to publishing or broadcasting with actual malice, proof of actual malice may plausibly be inferred from indirect and circumstantial evidence, considered in its totality. As the United States Supreme Court explained in *Herbert v. Lando*, 441 U.S. 153, 164 n. 12 (1979): "The existence of actual malice may be shown in many ways. As a general rule, any competent evidence, either direct or circumstantial, can be resorted to, and all the relevant circumstances surrounding the transaction may be shown, provided they are not too remote, including threats, prior or subsequent defamations, subsequent statements of the defendant, circumstances indicating the existence of rivalry, ill will, or hostility between the parties, facts tending to show a reckless disregard of the plaintiff's rights . . ."

61.     Netflix's actual malice may plausibly be inferred from the fact that it deliberately altered the text of the Novel used as the source for the Series, and which in all other respects regarding the scene in question faithfully follows the Novel.

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 – Fax (310) 860-2430

62.    Here is the text in the Novel on page 217-218 (First Vintage Contemporaries Edition, 2003), with the key sentence in bold:

> As far as they knew, [Harmon's] level of play was roughly that of Benny Watts, and men like Laev would not devote much time to preparation for playing Benny. She was not an important player by their standards; the only unusual thing about her was her sex; and even that wasn't unique in Russia. **There was Nona Gaprindashvili, not up to the level of this tournament, but a player who had met all these Russian Grandmasters many times before**. Laev would be expecting an easy win.

63.    Netflix deliberately altered the passage in Episode 7 of the Series (at running time 0:29:51-0:30:20), with the key sentence shown in bold:

> As far as they knew, Harmon's level of play wasn't at theirs. Someone like Laev probably didn't spend a lot of time preparing for their match. Elizabeth Harmon's not at all an important player by their standards. The only unusual thing about her, really, is her sex. And even that's not unique in Russia. **There's Nona Gaprindashvili, but she's the female world champion and has never faced men**. My guess is Laev was expecting an easy win, and not at all the 27-move thrashing Beth Harmon just gave him.

64.    This alteration is highly probative of actual malice because it is direct evidence of a deliberate falsification of the truth. Netflix knew the truth just as Walter Tevis knew the truth.  Tevis, writing fiction, was free to create a fictional tournament and decide in his fictional world that Gaprindashvili was not up to the level of competition he had created in his fictional world.  Even that was misleading, in that at the time the Novel was set, Gaprindashvili had already shown she was up to any elite level of chess competition.  Yet Tevis was entitled to concoct a fictional world with his opinions embedded in it.  As Senator Daniel Patrick Moynihan most famously noted, however, while everyone is entitled to his or her own opinion, they are not entitled to their own facts. At least Tevis had the integrity to tell the truth that Gaprindashvili "had met all these Russian Grandmasters many times before." Netflix, however, chose to tell a brazen and callous lie, changing the critical passage to the false statement that Gaprindashvili "had never faced men."

65.    There is more. Netflix hired two famous chess experts, Garry Kasparov and Bruce Pandolfini, as consultants for the Series, both of whom knew that the Tevis account was correct, especially Pandolfini who had acted as a consultant to

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

1  Tevis with respect to the Novel. Gaprindashvili and Kasparov had long known each

2  other, and Kasparov and Pandolfini are renowned experts and historians of chess, its

3  famous players (including Gaprindashvili), and the lore and legends surrounding the

4  game. Thus, either Netflix failed to consult their experts in this area to determine the

5  truth of the statement or, worse still, their experts advised them that the statement

6  was false but nevertheless Netflix kept it in the scene. Either way, Netflix acted with

7  knowledge of falsity or with reckless disregard for the truth.

8      66.   A jury could also plausibly and reasonably infer actual malice from the

9  stubborn and arrogant refusal of Netflix to correct the record, offer an apology, offer

10  a retraction, or re-dub the voiceover in the pivotal scene, once confronted with its

11  egregious falsehood.  While actual malice must be determined at the time of the

12  publication of the false light or defamation, courts have long held that a subsequent

13  failure to retract an obviously false and damaging statement may be probative of

14  actual malice at the time the statement was originally made.

15      67.   A jury could also plausibly and reasonably infer actual malice from the

16  facts above that Netflix had an invidious self-interested motive in intentionally and

17  recklessly lying about Gaprindashvili.  By advancing the "fairy tale" that only an

18  American woman was on the same level as male Russian chess masters, Netflix

19  enhanced the dramatic impact of its story.

20      68.   Considered in its entirety, given the egregious nature of the falsehood

21  and the many indicia of actual malice, including the allegation that the falsehood

22  broadcast by Netflix was deliberately fabricated by Netflix to advance its own self-

23  serving and self-absorbed dramatic and pecuniary interests, Netflix acted not only

24  with actual malice, but with common-law motives of malice, fraud, and oppression

25  justifying an award of punitive damages to deter future acts of willful and malicious

26  exploitation and misconduct.

27

28

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

**FIRST CLAIM FOR RELIEF**

**(False Light Invasion Of Privacy)**

69.     Gaprindashvili incorporates under this first cause of action all of the prior paragraphs in this Complaint.

70.     California recognizes a cause of action for placing a person in a "false light in the public eye."  The key elements necessary to state a false light claim are (1) the publication or broadcast of a false statement of fact that places the plaintiff in a false light in the public eye; (2) a demonstration by clear and convincing evidence that the statement was published or broadcast with "actual malice," and (3) a demonstration that the publication or broadcast of the falsehood would be deemed "highly offensive to a reasonable person."

71.     The first two elements of the false light tort described above are identical to parallel elements for defamation.  In that limited sense false light and defamation overlap, and the failure to prove an element of an overlapping element of one necessarily also defeats the other.  Thus, both torts require falsity, and both torts require, at least for public figures, actual malice.

72.     The third crucial element of the false light tort, however, is not identical to defamation, and both the Supreme Court of California and the Supreme Court of the United States have differentiated the two torts on this ground.  Unlike defamation, which requires proof of injury to reputation, false light does not require proof of defamatory harm. The false light tort substitutes for the defamation element requirement of damage to reputation the requirement that the plaintiff in a false light establish that the falsehood would be highly offensive to a reasonable person.  In this respect, the two torts significantly differ.

73.     The false statement that she had never faced men would be highly offensive to a reasonable person. Gaprindashvili had spent a large part of her career facing men.  She was an authentic and true breaker of glass ceilings. She had faced men and triumphed, enduring the slings and arrows of embedded patriarchy and

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307  – Fax (310) 860-2430

sexism. Netflix and Does 1-50 (collectively, "Defendants") arrogantly and recklessly turned her life's accomplishments on their head, reversing her feminist courage and morphing it into submissive and inferior temerity. No woman who has dared to challenge gender barriers and succeed in an arena and an era historically dominated by men could fail to be objectively and reasonably offended by a false statement that Gaprindashvili had never faced men. The offensiveness was magnified by Defendants portraying her as a Russian when she had exemplified Georgian pride and independence against Russian attempts at subjugation.

74.     As a proximate result of the foregoing, Gaprindashvili has suffered damages in an amount according to proof at trial but in any event in excess of the jurisdictional threshold of this Court, and seeks actual and presumed damages of at least $5 million.

75.     Defendants' conduct as described herein was done with a conscious disregard of the rights of Gaprindashvili, with the intent to maliciously vex, annoy, and/or harass her, and with motives of fraud and oppression to exploit her for their personal gain.  Such conduct was unauthorized and constitutes oppression, fraud, and/or malice under California Civil Code §3294, entitling Gaprindashvili to an award of punitive damages appropriate to punish or set an example of Defendants in an amount to be determined at trial.

## SECOND CLAIM FOR RELIEF
### (Defamation Per Se)

76.     Gaprindashvili repleads and incorporates by reference all the paragraphs in this Complaint above. She does not seek a "double recovery" by pleading her parallel false light and defamation per se claims, but asserts them as alternative theories of liability.  For her false light claim, she need not prove that the statements made by Defendants were defamatory, but only that they were highly offensive to a reasonable person.  For this defamation per se cause of action, Gaprindashvili must plausibly allege defamatory meaning.

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

77.     In California defamation per se includes a statement that has the natural tendency to impugn a plaintiff in her office, profession, trade, or business.  For Gaprindashvili, her life-long office, profession, trade, or business is the world of competitive chess, in which she remains an active leader, role-model, and competitor.  To degrade Gaprindashvili by impugning that she did not face men, or was inferior to men, was manifestly defamatory, cutting to the heart of her standing in the world that she has made as her profession.  It is no answer that she is 80 years old, any more than it would be an answer impugning the career of an 80-year-old doctor, lawyer, movie director, or actress. Gaprindashvili's current participation in the chess world, and her ability to earn income from that participation, remains tied to her historical success and accomplishments.  The professional reputation and brand of Gaprindashvili was inextricably bound up with her courageous efforts to face and defeat estimable male opponents when chess was overwhelmingly a man's world.  In lying about her by saying the opposite, Defendants caused her professional reputation and brand egregious harm.  Defendants' false statement about her career has caused her great distress.

78.     The magnitude of the harm to Gaprindashvili caused by the Defendants' defamation has been extraordinary by any plausible measure.  As pled above, the Series was viewed by over 62 million households in just the first month after its release. The false statements have caused Gaprindashvili personal humiliation, distress, and anguish, as well as damages to her profits and earnings, and her ongoing capacity to engage in her professional livelihood in the world of chess. She has thus suffered "special damages" in the form of pecuniary losses and lost business opportunities of no less than $75,000, and general and damages of no less than $5,000,000, all to be to be established at trial.

79.     In pleading and establishing actual malice, Gaprindashvili is entitled under First Amendment standards to recover actual, presumed, and punitive damages.  As a proximate result of the foregoing, she has suffered damages in an

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

1  amount according to proof at trial but in any event in excess of the jurisdictional

2  threshold of this Court, and seeks actual and presumed damages of at least $5

3  million.

4        80.    Defendants' conduct as described herein was done with a conscious

5  disregard of the rights of Gaprindashvili, with the intent to maliciously vex, annoy,

6  and/or harass her, and with motives of fraud and oppression exploiting her for their

7  personal gain.  Such conduct was unauthorized and constitutes oppression, fraud,

8  and/or malice under California Civil Code §3294, entitling Gaprindashvili to an

9  award of punitive damages in an amount appropriate to punish or set an example of

10  Defendants in an amount to be determined at trial.

11        81.    The meaning conveyed by the false statements will, if published again,

12  continue to cause Gaprindashvili great and irreparable damage, and injunctive relief

13  will be necessary to prevent and restrain continued dissemination of the statement.

14  She is entitled to an injunction requiring Defendants, their agents and all persons

15  acting in concert with it to desist from continuing to make the false statement that

16  she never played men, and to remove the statement in question from the Series.

17

18  **PRAYER FOR RELIEF**

19        WHEREFORE, Gaprindashvili prays for relief against Defendants, and each

20  of them, as follows:

21        1.    For actual and presumed damages of at least $5 million;

22        2.    For punitive damages;

23

24        3.    For temporary, preliminary, and permanent injunctive relief, restraining

25  and enjoining Defendants, their agents and all persons acting in concert with it to

26  remove the statement that Gaprindashvili never played men from the Series.

27        4.    For costs of suit; and

28

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
9420 WILSHIRE BLVD., 2ND FLOOR
BEVERLY HILLS, CALIFORNIA, 90212
Tel (310) 770-1307 – Fax (310) 860-2430

5.      For such further relief as the Court deems just and proper.

DATED: September 20, 2021          RUFUS-ISAACS ACLAND &
                                  GRANTHAM LLP


By: _____
    Alexander Rufus-Isaacs
    Attorneys for plaintiff Nona Gaprindashvili