UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA GAPRINDASHVILI<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NETFLIX, INC., et al.<br><br>　　　　Defendant(s). | Case No.  2:21–cv–07408–VAP–SK<br><br>ORDER SETTING<br>SCHEDULING CONFERENCE:<br><br>Date:　　January 10, 2022<br>Time:　　1:30 p.m.<br>Location: First Street Court House<br>　　　　　Courtroom 8A<br>　　　　　350 W. 1st Street<br>　　　　　Los Angeles, CA 90012 |

**READ THIS ORDER CAREFULLY AND COMPLETE THE ATTACHED TABLE**

　This matter is set for a scheduling conference on January 10, 2022 at 1:30 p.m. The conference will be held pursuant to Fed. R. Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by Fed. R. Civ. P. 26 and the Local Rules of this Court. **ALL LEAD TRIAL COUNSEL MUST BE PRESENT**. Failure to comply may lead to the imposition of sanctions. Counsel are further directed to complete the table attached hereto as Exhibit A as part of counsel's joint report under Fed. R. Civ. P. 26(f). Counsel must also submit form ADR 1, located on the Court's website at www.cacd.uscourts.gov no

1 | later than seven days before the scheduling conference date.

2

3    **IT IS SO ORDERED.**

4    DATED: November 3, 2021

                                               */s/ Virginia A. Phillips*

5

6                                         Virginia A. Phillips
                                        United States District Judge

EXHIBIT A:  SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:     NONA GAPRINDASHVILI v. NETFLIX, INC. , et al.

CASE NO.:      2:21–cv–07408–VAP–SK

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|
| Trial Date (**Tuesday**) Jury ☐ Court ☐ Length: ___ Days | | | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | | | |
| Last day to conduct Settlement Conf., L.R. 16–15 | | | |
| Last day for **hearing** non–discovery motions | | | |
| All Discovery Cutoff, including hearing all discovery motions | | | |
| Expert Disclosure (rebuttal) | | | |
| Expert Disclosure (initial) | | | |
| Last day to amend pleadings or add parties | | | |
| Last day for filing motion for class certification (if applicable) | | | |
| Hearing on motion for class certification (if applicable) | | | |

LOCAL RULE 16–15 Settlement Choice:

☐ U.S. Magistrate Judge (#1)

☐ Attorney Settlement Officer Panel (#2)

☐ Outside ADR (#3)