RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
 aisaacs@rufuslaw.com
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

RODNEY A. SMOLLA
 rodsmolla@gmail.com
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
(Admitted Pro Hac Vice)

Attorneys for plaintiff Nona Gaprindashvili

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>    Defendants. | CASE No. 2:21-cv-07408 VAP (SKx)<br><br>**ORDER PERMITTING PLAINTIFF TO FILE ADDITIONAL EXHIBIT IN SUPPORT OF OPPOSITION TO ANTI-SLAPP MOTION AND PERMITTING DEFENDANT TO FILE EVIDENTIARY OBJECTIONS THERETO**<br><br>Date:  January 24, 2022<br>Time:  2:00 pm<br>Crtrm.: 8A |

## ORDER

Having reviewed the Stipulation of plaintiff Nona Gaprindashvili ("Plaintiff") and Defendant Netflix, Inc. ("Netflix") to permit Plaintiff to file an additional exhibit in support of her Opposition to Netflix's Special Motion to Strike Plaintiff's First Amended Complaint or, in the Alternative, Motion to Dismiss Pursuant to Rule 12(b)(6) and to permit Netflix to file evidentiary objections thereto,

IT IS HEREBY ORDERED THAT:

8658.3.9A

ORDER PERMITTING PLAINTIFF TO FILE ADDITIONAL EXHIBIT IN SUPPORT OF OPPOSITION TO ANTISLAPP MOTION AND PERMITTING DEFENDANT TO FILE EVIDENTIARY OBJECTIONS
WORKAMER\20844\825001\39860115.v1-12/29/21

(1)  The Stipulation is approved;

(2)  Plaintiff's Exhibit 11 to the declaration of Alexander Rufus-Isaacs, in the form attached as Exhibit A to the Stipulation, shall be deemed filed and served as of the date of this Order approving this Stipulation;

(3)  Within 5 calendar days after the date of this Order, Netflix may file any evidentiary objections to the portions of the Transcript on which Plaintiff relies.

DATED:  January 3, 2022

*Virginia A. Phillips*
The Honorable Virginia A. Phillips
United States District Court

8658.3.9A

2

ORDER PERMITTING PLAINTIFF TO FILE ADDITIONAL EXHIBIT IN SUPPORT OF OPPOSITION TO ANTISLAPP MOTION AND PERMITTING DEFENDANT TO FILE EVIDENTIARY OBJECTIONS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9420 Wilshire Blvd., Suite B100, Beverly Hills, California 90212.

On December 30, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE ADDITIONAL EXHIBIT IN SUPPORT OF OPPOSITION TO ANTI-SLAPP MOTION AND PERMITTING DEFENDANT TO FILE EVIDENTIARY OBJECTIONS THERETO** on the interested parties in this action as follows:

Arwen Johnson
Email: arwen.johnson@kslaw.com
Kelly Perigoe
Email: kperigoe@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 30, 2021, at Beverly Hills, California.

Alexander Rufus-Isaacs

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., SUITE B100
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 • Fax (424) 258-7383

8658.3.9A

[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE ADDITIONAL EXHIBIT IN SUPPORT OF OPPOSITION TO ANTISLAPP MOTION PERMITTING AND DEFENDANT TO FILE EVIDENTIARY OBJECTIONS

WORKAMER\20844\825001\39860115.v1-12/29/21