RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
 aisaacs@rufuslaw.com
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

RODNEY A. SMOLLA
 rodsmolla@gmail.com
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
(Admitted Pro Hac Vice)

Attorneys for plaintiff Nona Gaprindashvili

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | CASE No. 2:21-cv-07408 VAP (SKx)<br><br>**ORDER RE REQUEST BY PLAINTIFF AND HER COUNSEL TO APPEAR BY ZOOM AT HEARING OF DEFENDANT'S SPECIAL MOTION TO STRIKE**<br><br>Date:   January 24, 2022<br>Time:   2:00 pm<br>Crtrm.: 8A |

## **ORDER**

Having reviewed the Request by plaintiff Nona Gaprindashvili and her counsel to appear by zoom at hearing of defendant Netflix, Inc.'s Special Motion to Strike Plaintiff's First Amended Complaint or, in the Alternative, Motion to Dismiss Pursuant to Rule 12(b)(6),

IT IS HEREBY ORDERED THAT:

  (1) The Request is denied as moot, the matter having been ordered off calendar and submitted on the papers;

  ~~(2) Ms. Gaprindashvili and her attorneys Alexander Rufus-Isaacs Kakha Sharabidze, Maya Mtsariashvili, and Rusudan Maisuradze may attend the hearing of said motion via zoom.~~

DATED: January 25, 2022

*Virginia A. Phillips*
The Honorable Virginia A. Phillips
United States District Court

8658.3.11A

2

ORDER RE REQUEST BY PLAINTIFF AND HER COUNSEL TO APPEAR BY ZOOM AT HEARING OF DEFENDANT'S SPECIAL MOTION TO STRIKE