**KING & SPALDING LLP**
ARWEN R. JOHNSON (SBN 247583)
  *arwen.johnson@kslaw.com*
KELLY PERIGOE (SBN 268872)
  *kperigoe@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071
Telephone:   (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendant NETFLIX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>    Defendants. | Case No. 2:21-cv-07408-VAP-SK<br>*Honorable Virginia A. Phillips*<br>*Courtroom:  8A*<br><br>**NETFLIX, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendant Netflix, Inc. ("Netflix") appeals to the United States Court of Appeals for the Ninth Circuit from the district court's "Order Denying Motion to Dismiss and Denying Motion to Strike (Dkt. [21])" (ECF No. 37) (the "Order"), entered in this case on January 27, 2022, insofar as the Order denied Netflix's Notice of Motion and Special Motion to Strike Plaintiff's First Amended Complaint Under California's Anti-SLAPP Statute, and all interlocutory orders that gave rise to that Order. A copy of the Order is attached as Exhibit A.

Attached to this Notice as Exhibit B is Netflix's Representation Statement, pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

DATED: February 4, 2022

By: */s/ Arwen R. Johnson*
ARWEN R. JOHNSON (Bar No. 247583)
  arwen.johnson@kslaw.com
KELLY PERIGOE (Bar No. 268872)
  kperigoe@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendant NETFLIX, INC.