UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES — GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-CV-07408-VAP-SKx | Date | February 11, 2022 |
| Title | *Nona Gaprindashvili v. Netflix, Inc., et al* | | |

| | |
|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER RE: JOINT RULE 26(F) REPORT (IN CHAMBERS)

On November 3, 2021, the Court set a scheduling conference in this matter for February 7, 2022. (Dkt. 25). Under Rule 26(f) of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties must submit a joint report to the Court no later than seven days prior to the date designated for the scheduling conference, setting forth their proposed schedules. The parties have not filed a timely report.

Accordingly, the Court **ORDERS** the parties to submit a joint Rule 26(f) report by February 14, 2022.

**IT IS SO ORDERED.**