RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  aisaacs@rufuslaw.com
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

RODNEY A. SMOLLA
  rodsmolla@gmail.com
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
(Admitted Pro Hac Vice)

Attorneys for plaintiff Nona Gaprindashvili

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>             Defendants. | CASE No. 2:21-cv-07408 VAP (SKx)<br><br>**JOINT RULE 26(F) REPORT**<br><br>Date:  February 7, 2022 (taken off calendar by Order dated February 3, 2022 [Dkt. No. 38])<br>Time:  1:30 pm<br>Crtrm.: 8A |

8658.3.12A

1. The following attorneys attended a Rule 26(f) conference by zoom on January 11, 2022, and by telephone on January 24, 2022:

Alexander Rufus-Isaacs for plaintiff Nona Gaprindashvili; and

Kelly Perigoe for defendant Netflix, Inc.

2. By order dated February 3, 2022, this Court took the February 7, 2022 Rule 26(f) conference off calendar, following the Court's "Order Denying Motion to Dismiss and Denying Motion to Strike (Dkt. [21])" (the "Order") (Dkt No. 37), entered in this case on January 27, 2022.  On February 4, 2022, Netflix, Inc. filed a Notice of Appeal from the Order.  In light of the pending appeal, the Parties have agreed to defer their continued Rule 26(f) discussions until a mandate issues following the resolution of the appeal.

DATED: February 14, 2022          RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for plaintiff Nona Gaprindashvili

DATED: February 14, 2022          KING & SPALDING LLP

   s/Kelly Perigoe/
_____
Kelly Perigoe
Attorneys for Defendant NETFLIX, INC.

# **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 14, 2022

RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for plaintiff Nona Gaprindashvili

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9420 Wilshire Blvd., Suite B100, Beverly Hills, California 90212.

On February 14, 2022, I served true copies of the following document(s) described as **RULE 26(F) REPORT** on the interested parties in this action as follows:

Arwen Johnson
Email: arwen.johnson@kslaw.com
Kelly Perigoe
Email: kperigoe@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 14, 2022, at Beverly Hills, California.

*Alexander Rufus-Isaacs*
Alexander Rufus-Isaacs

8658.3.12A

RULE 26(F) REPORT