RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  aisaacs@rufuslaw.com
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

RODNEY A. SMOLLA
  rodsmolla@gmail.com
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
(Admitted Pro Hac Vice)

Attorneys for plaintiff Nona Gaprindashvili

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>           Defendants. | CASE No. 2:21-cv-07408 VAP (SKx)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION; DECLARATION OF ALEXANDER RUFUS-ISAACS** |

DECLARATION OF ALEXANDER RUFUS-ISAACS

I, Alexander Rufus-Isaacs, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Rufus-Isaacs Acland & Grantham LLP, attorneys of record for plaintiff Nona Gaprindashvili ("Plaintiff"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. This declaration is submitted in response to the Order To Show Cause Re Dismissal For Lack Of Prosecution dated May 17, 2022. (Docket No. 45).

3. Plaintiff's First Amended Complaint (Docket No. 11) contains two causes of action, for false light invasion of privacy and defamation. On November 1, 2021, defendant Netflix, Inc. ("Netflix") filed a Special Motion To Strike Plaintiff's First Amended Complaint Under California's Anti-SLAPP Statute, Or, In The Alternative, To Dismiss Pursuant To Rule 12(b)(6) ("Anti-SLAPP Motion") (Docket No. 21). It sought to dismiss both causes of action and would, if granted without leave to amend, have resulted in the dismissal of the entire action. However, on January 27, 2022, the Court denied the Anti-SLAPP Motion. (Docket No. 37).

4. <u>On February 4, 2022, Netflix filed a Notice of Appeal against the Court's decision to deny the Anti-SLAPP Motion</u>. (Docket No. 39). It seeks review of the Court's February 4, 2022 Order "insofar as the Order denied Netflix's Notice of Motion and Special Motion to Strike Plaintiff's First Amended Complaint under California's Anti-SLAPP Statute, and all interlocutory orders that gave rise to that Order." Notice of Appeal at 1 (Docket No. 39). This Notice divests this Court "of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Thus, Netflix's appeal imposes an automatic stay of all proceedings related to the issues raised in its anti-SLAPP Motion. See *All One God Faith, Inc. v. Hain Celestial Group, Inc.,* 2009 WL

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION;
DECLARATION OF ALEXANDER RUFUS-ISAACS

4907433, at *2 n. 2 (N.D. Cal.) (concluding that the "appeal of a ruling on an anti-SLAPP motion imposes an automatic stay of all further trial court proceedings on the merits" of the claims at issue). Because the Anti-SLAPP Motion addressed the entirety of the First Amended Complaint, the stay encompasses proceedings and discovery on Plaintiff's claims against Netflix contained therein.

5. Plaintiff took no further steps to prosecute the action after the Notice of Appeal was filed because we believed that the case had been automatically stayed by said Notice. If Plaintiff were mistaken, we apologize to the Court and will undertake to take whatever actions are appropriate. However, the appeal is proceeding before the Ninth Circuit and a briefing scheduling has been set which the parties intend to follow unless the case is resolved in the meantime.

6. We respectfully request that the Court does not dismiss the case because our belief that the action was stayed was a reasonable one, given the authorities cited above, and Netflix has suffered no prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 18, 2022, at Beverly Hills, California.

_____
Alexander Rufus-Isaacs

Case 2:21-cv-07408-VAP-SK   Document 46   Filed 05/18/22   Page 4 of 4   Page ID #:610

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9420 Wilshire Blvd., Suite B100, Beverly Hills, California 90212.

On May 18, 2022, I served true copies of the following document(s) described as **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION; DECLARATION OF ALEXANDER RUFUS-ISAACS** on the interested parties in this action as follows:

Arwen Johnson
Email: arwen.johnson@kslaw.com
Kelly Perigoe
Email: kperigoe@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 18, 2022, at Beverly Hills, California.



---

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION; DECLARATION OF ALEXANDER RUFUS-ISAACS