RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  *aisaacs@rufuslaw.com*
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

RODNEY A. SMOLLA
  *rodsmolla*@gmail.com
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
(Admitted Pro Hac Vice)

Attorneys for plaintiff Nona Gaprindashvili

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>    Defendants. | CASE No. 2:21-cv-07408 VAP (SKx)<br><br>**JOINT STATUS REPORT** |

8658.3.14A

This Joint Status Report is submitted in response to the Court's Minute Order Staying Case [Dkt. 46] which requires the parties to submit a status report every 90 days commencing on June 15, 2022. This is the first of those reports.

By Order dated June 9, 2022, the Ninth Circuit set the following briefing schedule for the appeal: appellant's opening brief is due July 18, 2022; appellee's answering brief is due August 17, 2022; appellant's optional reply brief is due within 21 days from the service date of the answering brief.

In the meantime, the Parties are working with the Ninth Circuit mediator to explore settlement.

DATED: June 13, 2022         RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for plaintiff Nona Gaprindashvili

DATED: June 13, 2022         KING & SPALDING LLP

_____s/ Kelly Perigoe/s_____
Kelly Perigoe
Attorneys for Defendant NETFLIX, INC.

8658.3.14A

JOINT STATUS REPORT

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 13, 2022  RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for plaintiff Nona Gaprindashvili

8658.3.14A

JOINT STATUS REPORT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9420 Wilshire Blvd., Suite B100, Beverly Hills, California 90212.

On June 13, 2022, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

Arwen Johnson
Email: arwen.johnson@kslaw.com
Kelly Perigoe
Email: kperigoe@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 13, 2022, at Beverly Hills, California.

_____
Alexander Rufus-Isaacs