RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
  aisaacs@rufuslaw.com
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

RODNEY A. SMOLLA
  rodsmolla@gmail.com
4601 Concord Pike
Wilmington, Delaware 19803
Telephone: (864) 373-3882
(Admitted Pro Hac Vice)

Attorneys for plaintiff Nona Gaprindashvili

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NONA GAPRINDASHVILI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NETFLIX, INC., a Delaware corporation, and DOES 1-50,<br><br>    Defendants. | CASE No. 2:21-cv-07408 VAP (SKx)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

8658.3.14

STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

1      IT IS HEREBY STIPULATED by and between the parties to this action
2 through their designated counsel that the above-captioned action be and hereby is
3 dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  The parties shall bear
4 their own fees and costs.

6 DATED: September 6, 2022     RUFUS-ISAACS ACLAND &
7                                                 GRANTHAM LLP

9                                                 By: _____
10                                                     Alexander Rufus-Isaacs
11                                                     Attorneys for plaintiff Nona Gaprindashvili

13 DATED: September 6, 2022     KING & SPALDING LLP

15                                                   By: s/ Kelly Perigoe/s_____
16                                                     Kelly Perigoe
                                                    Attorneys for defendant Netflix, Inc.

17
18
19
20
21
22
23
24
25
26
27
28

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9420 WILSHIRE BLVD., SUITE B100
BEVERLY HILLS, CALIFORNIA 90212
Tel (310) 770-1307 • Fax (424) 258-7383

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 6, 2022         RUFUS-ISAACS ACLAND & GRANTHAM LLP

By: _____
Alexander Rufus-Isaacs
Attorneys for plaintiff Nona Gaprindashvili

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9420 Wilshire Blvd., Suite B100, Beverly Hills, California 90212.

On September 6, 2022, I served true copies of the following document(s) described as **STIPULATION OF DISMISSAL** on the interested parties in this action as follows:

Arwen Johnson
Email: arwen.johnson@kslaw.com
Kelly Perigoe
Email: kperigoe@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 6, 2022, at Beverly Hills, California.

*[signature]*
Alexander Rufus-Isaacs

8658.3.14

NOTICE OF VOLUNTARY DISMISSAL