| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | OCT 4 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NONA GAPRINDASHVILI,

        Plaintiff-Appellee,

 v.

NETFLIX, INC., a Delaware corporation,

        Defendant-Appellant,

 and

DOES, 1 -50,

        Defendant.

No.  22-55143

D.C. No.
2:21-cv-07408-VAP-SK
Central District of California,
Los Angeles

ORDER

    Appellant's motion to voluntarily dismiss this appeal (Docket Entry No. 17) is granted.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

    A copy of this order shall serve as and for the mandate of this court.

                            FOR THE COURT:

                            By: Robert S. Kaiser
                            Circuit Mediator